IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01136-WYD-CBS

MATHEW TINLEY,

      Plaintiff,

v.

POLY-TRIPLEX
TECHNOLOGIES, INC.,
a Florida corporation; and
W. CHRISS BLANE,

      Defendants.

---

# MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED the Joint Motion for Entry of Agreed Protective Order (*doc. no. 21*) is **GRANTED**.  The Agreed Protective Order submitted October 30, 2007 shall be signed and entered on this date.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2  parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**     October 30, 2007