IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01136-WYD-KMT

MATHEW TINLEY,

    Plaintiff,

v.

POLY-TRIPLEX
TECHNOLOGIES, INC.,
a Florida corporation; and
W. CHRIS BLANE,

    Defendants.

## **ORDER**

This matter is before the court on Plaintiff's "Motion for Clarification of Court's Order Dated March 18, 2008" [Doc. No. 44, filed March 21, 2008]. The Motion is DENIED. The Order does not need "clarification." The plaintiff seeks merely to again argue about issues which have already been decided by the court's March 18, 2008 Order.

DATED this 25th day of March, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
United States Magistrate Judge