IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01136-WYD-KMT

MATHEW TINLEY,

    Plaintiff,

v.

POLY-TRIPLEX TECHNOLOGIES, INC., a Florida corporation; and
W. CHRISS BLANE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Amended Motion for Summary Judgment and Memorandum of Law in Support, filed May 27, 2008 (docket #50) is **STRICKEN** with leave to refile in accordance with my practice standards. Defendants are directed to the section of my practice standards addressing page limitations.

    Dated: May 27, 2008