IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01136-WYD-KMT

MATHEW TINLEY,

     Plaintiff,

v.

POLY-TRIPLEX TECHNOLOGIES, INC., a Florida corporation; and
W. CHRIS BLANE,

     Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant W. Chris Blane's "Unopposed Motion For Leave to Amend Counterclaim" (Doc. No. 51, filed May 27 2008) is **GRANTED**.

Dated: May 28, 2008