IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01136-WYD-KMT

MATHEW TINLEY,

    Plaintiff,

v.

POLY-TRIPLEX TECHNOLOGIES, INC., a Florida corporation; and
W. CHRISS BLANE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Strike Defendants' Revised Motion for Summary Judgment as Untimely, filed June 6, 2008 (docket #57) is **DENIED**. Both parties are put on notice that the extension of one deadline does not trigger the automatic extension of another. The parties shall seek leave of the Court to file any pleading out of time.

    Plaintiff's Motion for Extension of Time to File a Response to Defendant's Motion for Summary Judgment, filed June 19, 2008 (docket # 58) is **GRANTED**. Plaintiff shall file his response on or before **Friday, July 18, 2008.**

    Dated: June 26, 2008