# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 07-cv-01136-WYD-KMT | FTR |
| Date: September 24, 2008 | Debra Brown, Deputy Clerk |
| MATHEW TINLEY | John Lawrence Hamil |
| | Meredith Munro |
| Plaintiff. | |
| v. | |
| POLY-TRIPLEX TECHNOLOGIES, INC., et al. | John Andrew Chanin |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in session: 8:58 a.m.**

Court calls case. Appearances of counsel.

Plaintiff's MOTION to Compel Discovery [Document #47 filed May 15, 2008] at issue:

    Production of documents damaged in Louisiana flooding.

    Production of documents by Defendants of all agreements between Blane and Steve Barnett.

Arguments by Counsel.

**ORDERED:** The motion is taken under advisement. The Court will issue a written order.

**Court in recess: 9:36 a.m.**
Total In-Court Time 0:40 ; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.