**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: March 22, 2010 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **07-cv-01136-WYD-KMT**        Counsel:

**MATHEW TINLEY**,                              Walter S. Cowger

       Plaintiff,

v.

**POLY-TRIPLEX TECHNOLOGIES, INC., et al.**,      Lawrence E. Newlin

       Defendants.

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**9:24 a.m.**   Court in Session

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

9:24 a.m.   Discussion regarding estimated trial length of 5-7 days, jury instructions, witness lists and exhibit lists.

**ORDERED:**   Counsel shall meet and confer to stipulate to as many jury instructions and file revised jury instructions not later than **Monday, March 29, 2010.**

**ORDERED:**   Counsel shall file amended exhibit lists and witness lists not later than **Wednesday, March 31, 2010.**

9:33 a.m.   Discussion regarding joint statement of the case jury instruction.

| | |
|---|---|
| **ORDERED:** | Counsel shall submit a joint statement of the case jury instruction not later than **Monday, March 29, 2010.** |
| | Plaintiff's Motion in Limine [doc. #105], filed March 5, 2010, is raised for argument. |
| 9:36 a.m. | Argument by Plaintiff (Mr. Cowger). |
| 9:38 a.m. | Argument by Defendant (Mr. Newlin). |
| 9:39 a.m. | Argument by Plaintiff (Mr. Cowger). |
| 9:42 a.m. | Argument by Defendant (Mr. Newlin). |
| 9:47 a.m. | Argument by Plaintiff (Mr. Cowger). |
| 9:48 a.m. | Argument by Defendant (Mr. Newlin). |
| 9:51 a.m. | Argument by Plaintiff (Mr. Cowger). |
| 9:55 a.m. | Argument by Defendant (Mr. Newlin). |
| 9:57 a.m. | Argument by Plaintiff (Mr. Cowger). |
| 9:59 a.m. | Argument by Defendant (Mr. Newlin). |
| **ORDERED:** | Plaintiff's Motion in Limine [doc. #105], filed March 5, 2010, is **GRANTED IN PART, DENIED IN PART and DEFERRED IN PART as outlined by the Court.** |
| **ORDERED:** | Mr. Newlin shall not address any allegations in which a ruling has been deferred on the motion in limine in his opening statement. |
| 10:06 a.m. | Court outlines procedure for jury selection. |
| **ORDERED:** | Counsel will be allowed fifteen (15) to twenty (20) minutes per side for supplemental voir dire. |
| 10:08 a.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Opening statements shall not exceed **forty (40) minutes per side.** |
| 10:10 a.m. | Discussion regarding deposition testimony to be elicited at trial. |

**ORDERED:** Counsel shall work to reduce the scope of designations of deposition testimony to be elicited at trial.

10:14 a.m.   Discussion regarding Plaintiff's claim for attorney fees.

**10:15 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :51**